No. 5709.—ALBELO Y COLÓN, apltes., *v.* THE PORTO RICO LEAF TOBACCO CO., aplda.—C. D. San Juan. Abril 14, 1932.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, la demanda en este caso fué presentada en la Corte de Distrito de San Juan:

Por cuanto, solicitado por los demandantes el traslado del pleito para la Corte de Distrito de Arecibo por la conveniencia de los testigos, fué negada esa petición y se interpuso este recurso:

Por cuanto, la solicitud de traslado se limita a decir que los testigos de los demandantes residen en Utuado y que no podrán ser traídos a San Juan por ser pobres los demandantes:

Por cuanto, esa solicitud es insuficiente, según ha declarado este tribunal en los casos de *Arzuaga & Co.* v. *Aramburu,* 15 D.P.R. 178; *Sarié* v. *Porto Rican Leaf Tobacco Co.,* 15 D.P.R. 209, y *Sánchez* v. *Atlas Commercial Co.,* 27 D.P.R. 567:

Por tanto, se confirma la resolución apelada de 13 de enero de 1931.